IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18–15–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| CHRISTOPHER MICHAEL DENNY and LISA LYNN BOYD, | |
| Defendant. | |

The United States having filed an Unopposed Motion to Dismiss Forfeiture Allegation (Doc. 43) because the subject firearms and ammunition have been administratively forfeited,

IT IS ORDERED that the United States' Motion (Doc. 43) is GRANTED.

IT IS FURTHER ORDERED that the forfeiture allegation contained in the Indictment (Doc. 1) is DISMISSED.

DATED this 27th day of November, 2018.

Dana L. Christensen, Chief Judge
United States District Court